IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>4:23-CV-00064</u>
2. Style of case: <u>JENNIFER COLE vs RALLY BRANDS LLC DBA BIOLYTE</u>
3. Nature of suit: <u>EMPLOYMENT.</u>
4. Method of ADR used:     **X Mediation**          ☐ Mini-Trial          ☐ Summary Jury Trial
5. Date ADR session was held: <u>12/20/23</u>
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.                    ☐ Settled, in part, as result of ADR
    ☒ Settled as a result of ADR.                            ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1800.00</u>
8. Duration of ADR: <u>Half Day</u>   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

    Jennifer Cole, Pltf
    Nicholas O'Kelly, Esq., Pltf Atty
    John Stembridge, Esq., Deft atty
    Sam Burnett, Deft HR Rep
    KATHY FRAGNOLI, Mediator

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /s/Kathy Fragnoli

                                                                                    December 20, 2023
    Signature                                                                      Date

    <u>6333 East Mockingbird Lane, Dallas, TX 75214</u>          <u>(214)528-1411</u>
    Address                                                                          Telephone