IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER COLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:23-CV-0239-D |
| | § | |
| RALLY BRANDS LLC, | § | |
| | § | |
| Defendant. | § | |

### ORDER

The parties mediator has advised the court that the parties have settled this case. Accordingly, this case is administratively closed for statistical purposes without prejudice to being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

The August 19, 2024 trial setting is vacated, and all unexpired deadlines are stayed.

**SO ORDERED**.

December 28, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE